**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CELESTE WINTERS, et al.**
**PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 4:19-cv-155-DMB-JMV**

**QUALITY MENTAL HEALTH, INC., f/k/a LIFE HELP, INC., BEACON HARBOR, INC., BEACON HARBOR II, INC., & REGION VI COMMUNITY MENTAL HEALTH COMMISSION d/b/a LIFE HELP,**
**DEFENDANTS**

<u>**ORDER GRANTING JOINT MOTION**</u>
<u>**FOR APPROVAL OF SETTLEMENT OF FLSA CLAIMS**</u>
<u>**AND CLOSING CASE**</u>

Upon the Parties' Joint Motion for Approval of Settlement of FLSA Claims, the Court, having reviewed the materials submitted by the Parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter with prejudice as to each of the Plaintiffs, with all Parties to bear their own costs and fees except as may be otherwise provided in the Parties settlement agreement.

This case is CLOSED.

SO ORDERED this the 20th day of December, 2019.


**/s/ Jane M. Virden_____**
**UNITED STATES MAGISTRATE JUDGE**